# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128872

SHARI HINES,
        Plaintiff-Appellant,

v

SC: 128872
COA: 246307
Wayne CC: 01-123510-CP

VOLKSWAGEN OF AMERICA, INC.,
and LIVONIA VOLKSWAGEN, INC.,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
Clerk

d1208